UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Christine Margaret Thompke, ) | Civil Action No. 3:07-1079-TLW-TER |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | |
| ) | |
| County of Richland, South Carolina; City of ) | REPORT AND |
| Columbia, South Carolina; Arresting Officer ) | RECOMMENDATION |
| T.J. Riddle, South Carolina Highway Patrol; ) | |
| John Doe, Assisting or Backup Officer to/for ) | |
| T.J. Riddle, South Carolina Highway Patrol; ) | |
| City Garage and Body Shop; and Alvin S. ) | |
| Glenn Detention Center, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the court on plaintiff's motion designated as entry "13" on the docket sheet. The docket sheet describes the motion as one to change the venue of this action. However, a review of the motion reveals that it is a motion to disqualify the undersigned and the Honorable Terry L. Wooten, United States District Judge, from further involvement in this case. Plaintiff filed two other motions to have the undersigned disqualified. *See* Documents 30 & 53. Her requests were denied by order entered October 26, 2007 (Document # 55). As in Documents 30 and 53, the present motion generally states her disagreements with the rulings of the undersigned and Judge Wooten. For the same reasons stated in Jude Wooten's order of October 26, 2007, plaintiff's motion should be denied. *See also* Liteky *v. United States*, 510 U.S. 540, 555 (1994).

Accordingly, plaintiff's motion to disqualify (Document # 13) should be denied.

January 31, 2008                                  s/Thomas E. Rogers, III
Florence, South Carolina                    Thomas E. Rogers, III
                                                           United States Magistrate Judge

**Plaintiff's attention is directed to the important notice contained on the following page(s).**